12/11/25

Dear Clerk, Magistrate, or Judge

I am writing this note @ 9:00 AM on the morning after the deadline for the filing of this Title VII of the Civil Rights Act of 1964 (42 USC 2000e) complaint. I was here at the courthouse yesterday (12/10/25) with my complaint at 4:46 pm and was informed that the Clerk's Office had closed at 4:30 pm. This information is contrary to what the Clerk's Office recorded message says. It clearly states that the Clerk's Office's hours are from 8:30 am to 5:00 pm. I am asking that my filing be accepted as filed yesterday (12/10/25) as it would have been had the Clerk's Office been open during the hours it represents on its message to the public. Alternatively, I am asking for any relief that will allow the Court to accept this filing and allow me to proceed w/ this action.

Thank you

Richard L. Bouks, Jr.

P.S. The Clerk's Office recording also indicates that filings can be left in a box in the lobby. This is also inaccurate as the box in the lobby clearly states it is only for Board of Appeals filings.